**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **FNU NAVDEEP,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2055-KC** |
| | § | |
| **WARDEN, ERO EL PASO SERVICE** | § | |
| **PROCESSING CENTER, et al.** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered FNU Navdeep's Petition for Writ of Habeas Corpus, ECF No. 1, in which he argues that his detention is unlawful and asks the Court to order his release or a bond hearing.

Navdeep states that he previously filed a petition in this Court, with case number 3:26-cv-829-KC. *Id.* ¶ 28. On March 27, 2026, the Court dismissed six of the seven causes of actions brought in that petition for lack of jurisdiction because they challenged an Immigration Judge's decision to deny Navdeep bond for flight risk. Order, *Navdeep v. Warden ERO El Paso Camp East Montana Detention Center*, 3:26-cv-829-KC (W.D. Tex. Mar. 27, 2026), ECF No. 2. These six causes of action challenged the bond denial on both statutory and constitutional due process grounds. *See* Pet. ¶¶ 64–106, 117–19, *Navdeep v. Warden ERO El Paso Camp East Montana Detention Center*, 3:26-cv-829-KC (W.D. Tex. Mar. 25, 2026), ECF No. 1. On April 23, 2026, the Court dismissed Navdeep's remaining claim under the *Accardi* doctrine, which challenged his detention pursuant to a warrantless arrest. *See* Order, *Navdeep v. Warden ERO El Paso Camp East Montana Detention Center*, 3:26-cv-829-KC (W.D. Tex. Apr. 23, 2026), ECF No. 6.

The instant Petition raises the same due process claims that were previously dismissed. *Compare* Pet., *with* Order, *Navdeep*, 3:26-cv-829-KC (W.D. Tex. Mar. 27, 2026).  Thus, the Petition must be dismissed.  *See Beras v. Johnson*, 978 F.3d 246, 251–52 (5th Cir. 2020) ("[I]t is an abuse of the writ for a prisoner to raise the same claim a second time.").

Accordingly, the Court **ORDERS** that the Petition, ECF No. 1, is **DISMISSED**.

**The Clerk shall close the case.**

**SO ORDERED**.

**SIGNED this 5th day of August, 2026.**

_____

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2